1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**for the WESTERN DISTRICT of WASHINGTON**

6
7

UNITED STATES of AMERICA,                    )
                                             )
8                        Plaintiff,          )
                                             )
9           vs.                              )
                                             )          **CR05-231 JCC**
10                                           )
MICHAEL TRENT McELRAVY,                      )
11                                           )
                         Defendant.          )          **MINUTE ORDER**
                                             )
12

        The following Minute Order is made at the direction of the Court, the Honorable

13

James P. Donohue, United States Magistrate Judge:

14
15

        The Motion to Modify Conditions of Release with respect to the above named defendant

16

is DENIED.

17
18
19
20
21
22
23

                        Dated this 30th  day of August  , 2005

24
25

                        /S/ PETER H. VOELKER_____
                         Deputy Clerk

26

**MINUTE ORDER**